**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TQ DELTA, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION, et al.,<br><br>                Defendants. | C.A. No. 15-cv-611-GBW<br><br>**JURY TRIAL DEMANDED** |
| TQ DELTA, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>COXCOM, LLC, et al.,<br><br>                Defendants. | C.A. No. 15-cv-612-GBW<br><br>**JURY TRIAL DEMANDED** |
| TQ DELTA, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>DISH Network Corporation, et al.,<br><br>                Defendants. | C.A. No. 15-cv-614-GBW<br><br>**JURY TRIAL DEMANDED** |
| TQ DELTA, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>TIME WARNER CABLE INC., et al.,<br><br>                Defendants. | C.A. No. 15-cv-615-GBW<br><br>**JURY TRIAL DEMANDED** |

|  |  |
|---|---|
| TQ DELTA, LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>VERIZON SERVICES CORP.,<br><br>                Defendant. | C.A. No. 15-cv-616-GBW<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that, pursuant to Delaware Local Rule 83.7, the appearances of Wasif Qureshi and Blake T. Dietrich of Jackson Walker LLP as counsel for Plaintiff TQ Delta, LLC is hereby withdrawn. McAndrews, Held & Malloy, Ltd. and Farnan LLP will continue to represent Plaintiff TQ Delta, LLC.

Date: February 2, 2026

Respectfully submitted,

FARNAN LLP

 /s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

*Attorney for Plaintiff TQ Delta, LLC*